# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SECURITY NATIONAL PROPERTIES
SERVICING COMPANY, LLC

NO. 2020 CW 1114

VERSUS

SN PROPERTIES FUNDING V-
WILMINGTON, LLC; SN PROPERTIES
FUNDING V-REPUBLIC SQUARE, LLC; SN
PROPERTIES FUNDING V-WINGATE, LLC;
SN PROPERTIES FUNDING V-ASPEN,
LLC; SN PROPERTIES FUNDING V-
DOTHAN, LLC; SN PROPERTIES FUNDING
V-RANGEVIEW, LLC; SN PROPERTIES
FUNDING V-TOWER/TPWNSITE, LLC; SN
PROPERTIES FUNDING V-GOLDS, LLC;
SN PROPERTIES FUNDING V-FREEPORT,
LLC; SN PROPERTIES FUNDING V-
ASHEVILLE, LLC; SN PROPERTIES
FUNDING V-GUILFORD, LLC; SN
PROPERTIES FUNDING V-HENDERSON,
LLC; SN PROPERTIES FUNDING V-
HICKORY, LLC; SN PROPERTIES
FUNDING V-KINSTON, LLC; SN
PROPERTIES FUNDING V-LENOIR, LLC;
SN PROPERTIES FUNDING V-PINEHURST,
LLC; SN PROPERTIES FUNDING V-
SUNSET, LLC; SN PROPERTIES FUNDING
V-NATIONAL OIL, LLC; SN PROPERTIES
FUNDING V-BATH, LLC; SN PROPERTIES
FUNDING IV-HAVRE, LLC; SN
PROPERTIES FUNDING IV-NORTHWAY
MALL, LLC; SN PROPERTIES FUNDING
IV-LEIGH MALL, LLC; SN PROPERTIES
FUNDING IV-BOONE, LLC; SN
PROPERTIES FUNDING IV-MOREHEAD,
LLC; SN PROPERTIES FUNDING IV-
ROCKINGHAM, LLC; SN PROPERTIES
FUNDING IV-WRIGHTSVILLE, LLC; SN
PROPERTIES FUNDING IV-ATRIUM, LLC;
and SN PROPERTIES FUNDING IV-
CENTRAL PARK, LLC

**FEB 1 8 2021**

---

In Re:    SN Properties Funding V-Wilmington, LLC, Et Al.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 691652.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

VGW
WRC

**Welch, J.,** dissents. I would grant the writ in part,
reverse the judgment of the trial court, and grant the exception
of improper venue and dismiss this matter. The management

agreement and the subordination agreement are inextricably intertwined and must be considered conjointly. Clearly, the subordination agreement will be determinative of plaintiff's right to recover. The subordination agreement contains an enforceable forum selection clause in which the parties signed and agreed that any and all disputes arising out of the subordination agreement would be heard in New York. New York. Forum selection clauses are generally favored and enforceable. **Shelter Mut. Ins. Co. v. Rinkus Consulting Group, Inc. of La.,** 2013-1977 (La. 07/01/14), 148 So.3d 871, 878. As such, New York, New York is the proper venue for this action. Accordingly, I dissent.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT